1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721cr
4  Telephone:  (559) 497-4000

5

6
              IN THE UNITED STATES DISTRICT COURT FOR THE
7
                   EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )      1:06-cr-00040 AWI
10                                   )
                Plaintiff,           )
11                                   )      STIPULATION TO CONTINUE
        v.                           )      APPELLEE'S BRIEF AND
12                                   )       ORDER
   DANIEL P. CUESTA,                 )
13                                   )
                Defendant.           )
14                                   )
   _____   )
15

16     IT IS HEREBY STIPULATED by and between the parties hereto through

17  their respective counsel, STANLEY A. BOONE, Assistant United States

18  attorney for Plaintiff and CARRIE S. LEONETTI, attorney for Defendant,

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28
                                     1

that the filing of appellee's brief, currently scheduled due May 30,

2006 be continued to **June 5, 2006.** The appellant's reply brief shall

be due **June 12, 2006.**

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated:_May 26, 2006              By    /S/Stanley A. Boone____
                                        STANLEY A. BOONE
                                        Assistant U. S. Attorney


Dated:_May 26, 2006                     /s/Carrie S. Leonetti____
                                        CARRIE S. LEONETTI
                                        Attorney for Defendant


                              **ORDER**


IT IS SO ORDERED.

**Dated:   May 31, 2006**            _____/s/ Anthony W. Ishii_____
0m8i78                           UNITED STATES DISTRICT JUDGE