McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
MISDEMEANOR UNIT
Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CR-00040-AWI |
| Appellee, | ) | ORDER |
| v. | ) | HON. Anthony W. Ishii |
| DANIEL P. CUESTA, | ) | |
| Appellant. | ) | |

The government's motion to continue the filing of appellee's brief to June 30, 2006 is hereby GRANTED.

IT IS SO ORDERED.

**Dated:    June 5, 2006** _____            _____/s/ Anthony W. Ishii_____
0m8i78                                UNITED STATES DISTRICT JUDGE